USCA1 Opinion

 

 November 29, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1457  UNITED STATES, Appellee, v. JOAQUIN JIMENEZ, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Thomas G. Briody on brief for appellant. ________________ Sheldon Whitehouse, United States Attorney, and Craig N. Moore, __________________ _______________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________  Per Curiam. We have carefully reviewed the briefs __________ and record. The district court's remarks, read as a whole, indicate that regardless whether defendant's state criminal offenses were concentrated or spread out, the court was not inclined to exercise its discretion to depart downward because the fact remained that defendant had engaged in serious misconduct. Consequently, we reject defendant's argument that he was sentenced on the basis of materially inaccurate information. The judgment is summarily affirmed. Loc. R. 27.1. ________ -2-